UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANLEY SANDOVAL,<br><br>                Petitioner,<br><br>        v.<br><br>DEBBIE ASUNCION, Warden,<br><br>                Respondent. | Case No. SACV 16-1010-JLS-KK<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to Title 28 of the United States Code, section 636, the Court has reviewed the Petition for a Writ of Habeas Corpus, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///

1   IT IS THEREFORE ORDERED that Judgment be entered (1) denying the
2  Petition for a Writ of Habeas Corpus; and (2) dismissing this action without
3  prejudice.
4
5  Dated:  December 2, 2016
6                                                                 _____
   HONORABLE JOSEPHINE L. STATON
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28