JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STANLEY SANDOVAL,<br><br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>DEBBIE ASUNCION, Warden,<br><br>　　　　　　　Respondent. | Case No. SACV 16-1010-JLS-KK<br><br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 2, 2016

HONORABLE JOSEPHINE L. STATON
United States District Judge